** TULSA CHILDREN'S MEDICAL CENTER — INSPECTION ** THE COMMISSIONER OF CHARITIES AND CORRECTIONS HAS THE DUTY TO INSPECT THE CHILDREN'S MEDICAL CENTER AT TULSA, OKLAHOMA AS IT IS A DOMICILARY FACILITY AS DEFINED IN 74 O.S. 188 [74-188](A) AND RECEIVES PAYMENT FROM THE DEPARTMENT OF PUBLIC WELFARE FOR SERVICES ON BEHALF OF PERSONS LIVING IN THE FACILITY. (STATE FACILITY, DEPARTMENT OF HUMAN SERVICES, JUVENILE FACILITY, INSPECTION) CITE: 74 O.S. 188 [74-188] (DAVID L. RUSSELL)